UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
DAVID C. KNUDSON,

        Plaintiff,

  -against-

MICHAEL SPOSATO,
Individually and in his Official Capacity
as Nassau County Sheriff,

        Defendant.
----------------------------------------------------X
SHAROD WILLIAMS,

        Plaintiff,

  -against-

MICHAEL SPOSATO, Individually and
in his Official Capacity Sheriff of Nassau
County, JOHN DOE, Superintendent of
Nassay County Jail, CORPOREAL
HARDY, JOHN DOE OFFICERS,

        Defendants.
----------------------------------------------------X

ORDER
13-CV-2828 (SJF)(WDW)

13-CV-4247 (SJF)(WDW)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUL 01 2013   ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

Pursuant to the Court's May 20, 2013 Order of Consolidation, the Court has reviewed the instant complaints and find that they relate to the subject matter of the Cosolidated Action, *Reid, et al. v. Nassau County Sheriff's Department, et al.*, 13-CV-1192 (SJF)(WDW). Accordingly, this action shall proceed in accordance with the Order of Consolidation, a copy of which is annexed hereto.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of Court is directed to mail a copy of this Order and the Order of Consolidation to the *pro se* plaintiffs at their last known addresses.

SO ORDERED.

s/ Sandra J. Feuerstein

Sandra J. Feuerstein
United States District Judge

Dated: October 1, 2013
Central Islip, New York