FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ APR 09 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
DWAYNE M. REID, et al.,

        Plaintiffs,

-against-

NASSAU COUNTY SHERIFF'S
DEPARTMENT, et al.,

        Defendants.
------------------------------------------------------X

**ORDER**
13-CV-1192 (SJF)(WDW)

FEUERSTEIN, District Judge

    By Order dated January 13, 2014, the following plaintiffs in this consolidated action were each ordered to serve and file an affidavit on or before February 18, 2014 providing the Court with a new address and telephone number at which he can be contacted after mail sent to those plaintiffs was returned to the Court as undeliverable: Daquan Wagner ("Wagner"), Kevin Lee Benloss ("Benloss"), Fernando Cazares ("Cazares") and Guillermo Torres ("G. Torres"). Only G. Torres complied with that Order. (Doc. No. 82).

    Although the January 13, 2014 Order advised Wagner, Benloss and Cazares that a failure to comply therewith would result in their respective claims being dismissed in their entirety with prejudice pursuant to Rules 37(b)(2)(a)(v) and 41(b) of the Federal Rules of Civil Procedure, they have not complied with that Order, moved for an extension of time to comply with that Order or taken any other steps to prosecute their respective claims. Accordingly, the claims of Wagner, Benloss and Cazares in this consolidated action are dismissed in their entirety with prejudice.

    Pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to serve notice of entry of this order upon all parties to the consolidated action in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

                        s/ Sandra J. Feuerstein

                        Sandra J. Feuerstein
                        United States District Judge

Dated: April 9, 2014
       Central Islip, New York