FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ MAY 19 2015 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JOVANY HENRIUS, et al.,

        Plaintiffs,

    -against-

MICHAEL SPOSATO, individually and
in his official capacity as Nassau County
Sheriff, et al.,

        Defendants.
----------------------------------------X

**ORDER**
13-CV-1192 (SJF)(SIL)

FEUERSTEIN, District Judge

    By Order dated April 6, 2015, consolidated plaintiffs Fernando Cazares, Guillermo Torres, Keith Crews, Triandos C. Walker, Marc Jasmin and Keith Kendrick were each ordered to serve and file, on or before May 11, 2015, an affidavit providing the Court with a new address and telephone number at which he can be contacted after mail sent to those plaintiffs was returned to the Court as undeliverable. Although the April 6, 2015 Order advised those plaintiffs that their failure to comply therewith would result in their respective claims being dismissed in their entirety with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, none of them have complied with that Order, moved for an extension of time to comply with that Order or taken any other steps to prosecute their respective claims in this action. Accordingly, the claims of Fernando Cazares, Guillermo Torres, Keith Crews, Triandos C. Walker, Marc Jasmin and Keith Kendrick in this consolidated action are dismissed in their entirety with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    Pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to serve notice of entry of this order upon all parties to the consolidated action in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order

1

would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

**SO ORDERED.**

/s/
Sandra J. Feuerstein
United States District Judge

Dated: May 19, 2015
Central Islip, New York

2